**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**MOSE ROSE**                                                                                         **PLAINTIFF**

**v.**                                         **CASE NO. 2:25-CV-00189-BSM-JTK**

**MITCH GRANT,** *et al.*                                                    **DEFENDANTS**

## ORDER

Magistrate Judge Jerome T. Kearney's proposed findings and recommendations [Doc. No. 26] is adopted and Defendants Carrie Gray and Terry Donaldson's motion to dismiss and supplement [Doc. Nos. 18 & 24] are granted. Rose's official capacity claims are dismissed without prejudice for failure to state a claim upon which relief may be granted and Gray and Donaldson are terminated as parties. The clerk is directed to update the case caption to *Rose v. Grant*.

IT IS SO ORDERED this 18th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE