**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**MOSE ROSE**                                                                 **PLAINTIFF**

**v.**                            **CASE NO. 2:25-CV-00189-BSM**

**MITCH GRANT**                                                            **DEFENDANT**

## ORDER

Magistrate Judge Jerome T. Kearney's proposed findings and recommendations [Doc. No. 31] is adopted and Mose Rose's complaint is dismissed without prejudice for failure to prosecute. The clerk is directed to close this case. An *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 15th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE