**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**MOSE ROSE**                                                                    **PLAINTIFF**

**v.**                          **CASE NO. 2:25-CV-00189-BSM**

**MITCH GRANT**                                                               **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of April, 2026.


_____
UNITED STATES DISTRICT JUDGE